# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

CRYSTAL WILSON,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

Case No. 3:18-cv-01029-JPG-DGW

## JUDGMENT

**IT IS ORDERED AND ADJUDGED** that, pursuant to an Order entered by United States District Judge J. Phil Gilbert, the Commissioner's final decision denying Plaintiff's application for Social Security Benefits is **AFFIRMED**.

Judgment is entered **IN FAVOR OF** defendant Commissioner of Social Security and **AGAINST** plaintiff Crystal Wilson.

DATED: July 25, 2019

    **Margaret M. Robertie,**
    **Clerk of Court**

    **BY: s/Tina Gray**
           **Deputy Clerk**

**Approved:**
**s/ *J. Phil Gilbert***
**J. Phil Gilbert**
**U.S. District Judge**